UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :

ROBERT P. DUGDALE,                         :

                     Plaintiff,          :

                                      :        25 Civ. 7348 (JPC)

      -v-                           :

                                      :        ORDER

SOUNDHOUND AI, INC.,                :

                                      :

                     Defendant.       :

                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 5, 2025, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for December 18, 2025, at 3:30 p.m.  Dkt. 14 at 1-2.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*. at 2. Both items were due December 11, 2025.  The parties failed to submit either.

By 5:00 p.m. on December 15, 2025, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 14.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

       SO ORDERED.

Dated: December 12, 2025
      New York, New York                           JOHN P. CRONAN
                                        United States District Judge